**Opinion filed October 21, 2021**



# In The

# Eleventh Court of Appeals

_____

## No. 11-21-00101-CR

_____

## CHRISTOPHER LEE BEDFORD, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 42nd District Court**

**Taylor County, Texas**

**Trial Court Cause No. 28606A**

## M E M O R A N D U M   O P I N I O N

Based upon a plea of guilty,[1] the trial court convicted Appellant, Christopher Lee Bedford, of the third-degree felony offense of tampering with evidence. After a hearing on punishment, the trial court assessed Appellant's punishment at imprisonment for five years. We affirm.

---

[1]We note that Appellant and the State entered into a charge bargain but that the trial court certified that Appellant had permission to appeal as to the punishment assessed. *See Shankle v. State*, 119 S.W.3d 808, 812–14 (Tex. Crim. App. 2003); *see also* TEX. R. APP. P. 25.2(a)(2).

Appellant's court-appointed counsel has filed a motion to withdraw. The motion is supported by a brief in which counsel professionally and conscientiously examines the record and applicable law and concludes that this appeal is frivolous and without merit. Counsel has provided Appellant with a copy of the brief, a copy of the motion to withdraw, a copy of the clerk's record and the reporter's record, and an explanatory letter. Counsel advised Appellant of his right to review the record and file a response to counsel's brief. Counsel also advised Appellant of his right to file a petition for discretionary review in order to seek review by the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68. Court-appointed counsel has complied with the requirements of *Anders v. California*, 386 U.S. 738 (1967); *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403 (Tex. Crim. App. 2008); and *Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991).

Appellant has filed a pro se response to counsel's *Anders* brief. In his response, Appellant states that he "would like to stop the appeal process, lift any and all holds, [t]ake away [his] appeal bond so that [he] can go to TDCJ." Following the procedures outlined in *Anders* and *Schulman*, we have independently reviewed the record, and we agree with counsel that the appeal is frivolous and without merit.[2]

We grant counsel's motion to withdraw, and we affirm the judgment of the trial court.

PER CURIAM

October 21, 2021

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

---

[2]We note that Appellant has a right to file a petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure.